**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RAYMOND LEE BROCK, JR.,**

    Petitioner,                             CASE NO. 2:09-CV-1169
                                                 CRIM. NO. 2:90-CR-225
v.                                                   JUDGE MARBLEY
                                                 MAGISTRATE JUDGE KEMP

**UNITED STATES OF AMERICA,**

    Respondent.

## OPINION AND ORDER

On January 26, 2010, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending that this action be dismissed as barred by the one-year statute of limitations. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

                                                                              s/Algenon L. Marbley
                                                                        ALGENON L. MARBLEY
                                                                        United States District Judge