# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**RAYMOND LEE BROCK, JR.,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 2:09-CV-1169
CRIM. NO. 2:90-CR-225
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the April 1, 2010 Opinion and Order, the Court ADOPTS AND AFFIRMS the Report and Recommendation. This case is DISMISSED.

Date: **April 1, 2010**     **James Bonini, Clerk**

                                                      s/Betty L. Clark
                                       Betty L. Clark/Deputy Clerk